**Opinion filed July 16, 2026**



## In The

# Eleventh Court of Appeals

_____

### No. 11-26-00052-CV

_____

## LEIGH ARCHER, Appellant

## V.

## HAPPY STATE BANK, A DIVISION OF CENTENNIAL BANK, Appellee

---

**On Appeal from the 17th District Court**

**Tarrant County, Texas**

**Trial Court Cause No. 017-357743-24**

---

## M E M O R A N D U M   O P I N I O N

Charlie Dombek and Leigh Archer filed a joint notice of appeal from the trial court's judgment in favor of Appellee, Happy State Bank, a division of Centennial Bank.[1] On June 25, we dismissed a portion of the appeal pursuant to Dombek's

---

[1]This appeal was transferred to this court from the Second Court of Appeals pursuant to a docket equalization order issued by the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 73.001 (West Supp. 2025).

unopposed motion for partial dismissal. *Dombek v. Happy State Bank*, No. 11-26-00052-CV, 2026 WL 1825620, at *1 (Tex. App.—Eastland June 25, 2026, no pet. h.) (mem. op.) (per curiam).

Archer and Happy State Bank have now filed a joint motion to affirm the trial court's judgment. *See* TEX. R. APP. P. 42.1(a)(1). Pursuant to Rule 42.1(a)(1) and the parties' request, we grant the motion and affirm the trial court's judgment without regard to the merits. *See id.*; *Delilah Drinks v. Pac. Union Fin., LLC*, No. 05-18-00873-CV, 2018 WL 4691087, at *1 (Tex. App.—Dallas Oct. 1, 2018, no pet.) (mem. op.).


JOHN M. BAILEY
CHIEF JUSTICE


July 16, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.